UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MITCHELL CLEMENTS
on behalf of himself and all
others similarly situated,

      Plaintiff,

v.

WP OPERATIONS, LLC

      Defendant

Case No.: 19-cv-1051

---

## PLAINTIFF'S MOTION FOR APPROVAL OF SERVICE AWARD

NOW COMES Plaintiff, Mitchell Clements, by and through his counsel, Walcheske & Luzi, LLC, and hereby respectfully Motions this Court for approval of Plaintiff's Service Award on the grounds set forth below.

1. The Settlement Agreement provides that Plaintiff, Mitchell Clements, shall receive a service payment in the amount of $5,000.00 in recognition of his efforts as well as the benefit each Settlement Class Member derived from Plaintiff's efforts, particularly his participation in the investigation leading up to the filing of the lawsuit, formal discovery, as well as the settlement processes. (ECF No. 72-1, ¶ 3.3(B); Declaration of David M. Potteiger, ECF No. 82 ("Potteiger Decl."), ¶ 41.)

2. Plaintiff's service payment was agreed-upon between the parties and negotiated separately from the amounts paid to the members of the Settlement Class. (ECF No. 24-1, ¶ 3.3(B).) Ultimately, the approval of Plaintiff's Service Award by this Court will not affect, in any way, the amounts paid to the Settlement Class via the settlement. (*Id*.)

3. The Seventh Circuit has recognized that class representatives may be entitled to incentive awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

4. For example, in *Benoskie v. Kerry Foods, Inc.*, the United States District Court for the Eastern District of Wisconsin approved a $5,000.00 service award. 19-cv-684, ECF No. 14 (November 12, 2019) (Pepper, P.) Even though the Plaintiff did not participate in discovery, the court recognized that the settlement agreement paid "each member of the collective approximately 150% of the overtime due" during a two-year statutory period thereby justifying the award. *Id.*

5. Here, Settlement Class Members will receive a slightly more modest benefit than the settlement class in *Benoskie*. Railcar Operator Sub-Class Members will receive one hundred percent (100%) of all unpaid overtime wages alleged to have been earned during the full two (2) year statutory period pursuant to the WWPCL. Likewise, those Settlement Class Members who elected to participate in the Railcar Operator Sub-Collective will receive one hundred percent (100%) of all unpaid overtime wages alleged to have been earned during three (3) statutory period under the FLSA. Likewise, Production Employee Sub-Class Members will receive fifty percent (50%) of unpaid overtime wages alleged to have been earned during the full two (2) year statutory period pursuant to the WWPCL. Likewise, those Settlement Class Members who elected to participate in the Production Employee Sub-Collective will receive fifty percent (50%)

of all unpaid overtime wages alleged to have been earned during three (3) statutory period under the FLSA. (Potteiger Decl., ¶ 32.)

6. However, unlike *Benoskie,* in this case Plaintiff engaged in discovery answering 14 interrogatories, 27 requests for production of documents, and had his deposition taken. (Declaration of David M. Potteiger, ¶ 41.)

7. Moreover, the proposed service award of $5,000.00 is comparable to those which district courts have routinely awarded in this circuit. *Chesemore v. All. Holdings, Inc.*, 2014 WL 4415919, at *5 (W.D. Wis. Sept. 5, 2014), *aff'd sub nom. Chesemore v. Fenkell*, 829 F.3d 803 (7th Cir. 2016) (recognizing that service awards are commonly between $5,000 and $25,000); *See also*, *Wright v. Denali Staffing,* LLC, 20-cv-1185, ECF No. 39 (E.D. Wis., December 10, 2021) (Adelman, J.) ($2,500.00); *McDaniel v. The Laureate Group, Inc., et. al*., 20-cv-1870, ECF No. 38 (E.D. Wis., December 3, 2021) (Ludwig, J.) ($2,500.00); *Imes v. Amalga Composites, Inc.,* 19-cv-1130, ECF No. 40 (E.D. Wis., September 21, 2021) (Adelman, J.) ($5,750.00); *Kelly v. Hudapack Metal Treating, Inc.,* 20-cv-130, ECF No. 37 (June 24, 2021) (Ludwig, B.) ($3,000.00); *Hoaglan v. Heritage Senior Living, LLC*, 19-cv-1361, ECF No. 30 (March 19, 2021) (Adelman, L.) ($5,000.00); *Henderson, et. al. v. Russ Darrow Group, Inc.,* 19-cv-1421, ECF No. 51 (E.D. Wis. March 16, 2021) (Stadtmueller, J.) ($5,000.00); *Merschdorf v. D.C. Industries, Inc., et. al.*, Case No. 19-cv-1037, ECF No. 45 (W.D. Wis. March 4, 2021) (Peterson, J.) ($5,000.00); *Henderson v. Automated Pet Care Products, Inc.*, Case No. 19-cv-1640, ECF No. 41 (E.D. Wis. February 9, 2021) (Adelman, L.) ($5,000.00); *Medina v. Automax Financial, LLC*, Case No. 19-cv-1582, ECF No. 41 (E.D. Wis. January 29, 2021) (Stadtmueller, J.) ($7,500.00); *Schmitt v. Color Craft Graphic Arts, LLC*, 19-cv-1705, ECF No. 40 (E.D. Wis., November 13, 2020) (Griesbach, J.) ($2,500.00); *Bills v. TLC Homes, Inc.*, Case No. 19-cv-148,

ECF No. 53 (E.D. Wis. October 8, 2020) (Pepper, J.) ($3,500.00); *Clark v. Brunswick Corp.*, No. 19-cv-141, ECF No. 44 (E.D. Wis., May 22, 2020) ($2,500.00); *Doberstein v. East Wisconsin Savings Bank*, No. 18-cv-1931, ECF No. 35 (E.D. Wis., November 26, 2019) (Griesbach, J.) ($2,500.00); *Paswaters v. Krones, Inc.,* 19-cv-993, ECF No. 61 (E.D. Wis. July 12, 2019) (Stadtmueller, J.) ($7,500.00); *Eckstein v. St. Paul Elder Services, Inc.*, 19-cv-945, ECF No. 38 (E.D. Wis., June 28, 2019) (Griesbach, J.) ($2,500.00); *Slaaen, et al. v. Senior Lifestyle Corporation, et al.*, 18-cv-1562, ECF No. 92 (E.D. Wis. October 3, 2018) (Stadtmueller, J.) ($7,500.00); *Johnson v. National Technologies, Inc.,* No. 18-cv-462, ECF No. 57 (E.D. Wis., July 22, 2019) (Jones J.) ($8,500.00); *John Weninger v. General Mills Operations, LLC*, Case No. 2018-cv-321, ECF No. 93 (E.D. Wis. April 18, 2019) (Stadtmueller, J.) ($5,000.00); and *Tracy Gerlach v. West Revenue Generation Services, et. al.*, Case No. 2018-cv-170, ECF No. 91 (E.D. Wis. January 3, 2019) (Griesbach, J.) ($7,500.00).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant his Motion for Approval of Service Award in the total amount of $5,000.00 as set forth above.

Dated this 12th day of December, 2022

> WALCHESKE & LUZI, LLC
> Counsel for Plaintiff
>
> s/ *David M. Potteiger*
> James A. Walcheske, State Bar No. 1065635
> Scott S. Luzi, State Bar No. 1067405
> David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com