UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MITCHELL CLEMENTS
on behalf of himself and all
others similarly situated,

      Plaintiff,

v.

WP OPERATIONS, LLC

      Defendant

Case No.: 19-cv-1051

---

## JOINT REPORT ON SETTLEMENT

---

Plaintiff, Mitchell Clements, on behalf of himself and all others similarly-situated, and Defendant, WP Operations, LLC, file the instant Joint Report on Settlement with the Court regarding their Agreement in accordance with the Court's direction and Order dated December 20, 2022. (ECF No. 87-88.)

In accordance with the Court's Order dated December 20, 2022, the Parties agree that to the extent the total amount of funds from Class Members' uncashed checks exceeds 5% of the total payment to Class Members, as set forth in the Addendum attached hereto as Exhibit A, WP OPS will donate such amount to The Gleason Initiative Foundation, a 501(c)(3) charity.

Thus, in conclusion, with this amendment to the Settlement Agreement, the Parties seek the Court's Final Approval on their Settlement Agreement as set forth in the previously filed Joint Motion for Approval (*See* ECF Nos. 83-84) and as discussed during the Fairness Hearing on December 20, 2022.

Dated this 3rd day of January 2023

Walcheske & Luzi, LLC

*s/ David M. Potteiger*
James A. Walcheske, WI Bar No. 1065635
Scott S. Luzi, WI Bar No. 1067405
David M. Potteiger, WI Bar No. 1067009
15850 W. Bluemound Rd., Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Facsimile: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com

*Attorneys for Plaintiff*

Koehler Dinkel LLC

*s/ Stephanie M. Dinkel*
Renee L. Koehler, IL Bar No. 6208153
Stephanie M. Dinkel, IL Bar No. 6292707
900 S. Frontage Rd., Suite 300
Woodridge, Illinois 60517
Telephone: (630) 505-9939
Facsimile: (630) 505-9969
Email: rkoehler@kdllclaw.com
Email: sdinkel@kdllclaw.com

*Attorneys for Defendant*